UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT CR 06-286 DWF/RLE |
| Plaintiff, ) | |
| ) | (29 U.S.C. § 501(c)) |
| v. ) | |
| KATHRYN L. STARK, ) | |
| Defendant. ) | |

THE UNITED STATES GRAND JURY CHARGES:

### COUNT 1
Theft and Embezzlement from Labor Organization
29 U.S.C. § 501(c)

1. From 1993 through March 2, 2004, defendant KATHRYN STARK was a resident of Superior, Wisconsin and employee of Local 31, International Brotherhood of Electrical Workers (IBEW), located in Duluth, Minnesota. Defendant STARK was the office manager for Local 31 entrusted with making entries in the union's financial records, and receiving and depositing payments made to the union.

2. Local 31 was a labor organization covering utility industry employees working in northern Minnesota and Wisconsin.

3. From in or about January 2001 through in or about March 2004, in the State and District of Minnesota, the defendant,

KATHRYN L. STARK,

did knowingly and wilfully embezzle, steal and convert to her own use, approximately $50,376.89 in monies, funds and property of her employer, Local 31, IBEW, a labor organization engaged in an

SCANNED
SEP 08 2006
U.S. DISTRICT COURT MPLS

FILED___ SEP  7 2006
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED___
DEPUTY CLERK'S INTIALS___

U.S. v. KATHRYN L. STARK

industry affecting commerce, in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                  FOREPERSON